IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Gustavo Morelos Valdovinos,<br><br>                                          Petitioner,<br><br>vs.<br><br>Kristi Noem, Secretary, Department of Homeland Security et al.,<br><br>                                          Respondents. | Case No. 0:26-cv-00883-DMT-JFD |

## ORDER TRANSFERRING VENUE

[¶ 1]   THIS MATTER comes before the Court upon a Petition for Writ of Habeas Corpus filed on January 30, 2026. Doc. No. 1. The Respondents filed their Response on February 3, 2026. Doc. No. 6. The Petitioner filed a Reply on February 5, 2026. Doc. No. 7.

[¶ 2]   Petitioner was in ICE custody in Cibola County Correctional Center in New Mexico at the time the Petition was filed. Despite this, Petitioner urges this Court to assert jurisdiction. In Rumsfeld v. Padilla, however, the Supreme Court held, "for core habeas petitions challenging present physical confinement, jurisdiction lies only in one district: the district of confinement." 542 U.S. 426, 443 (2004). Contrary to Petitioner's claim, this Court cannot violate clear and controlling Supreme Court precedent. Since Petitioner was held in New Mexico when the Petition was filed, transfer to the District of New Mexico is in the interest of justice. 28 U.S.C. § 1406(a).

[¶ 3]   Accordingly, this case is **TRANSFERRED** to the United States District Court for the District of New Mexico for all further proceedings and disposition of all remaining motions.

[¶ 4]  **IT IS SO ORDERED.**

DATED February 6, 2026.

Daniel M. Traynor, District Judge
United States District Court